(December 10, 1985)

■ In the Matter of MARK POLLAK, Petitioner, v JOSEPH A. MOGAVERO, JR., as Otsego County Judge, et al., Respondents.—

Motions to dismiss proceeding commenced in this court pursuant to CPLR article 78 granted, without costs. Petitioner has an adequate remedy to raise his double jeopardy challenge on appeals from the judgments of conviction previously rendered and, therefore, the present proceeding does not lie *(see,* CPLR 7801 [1]; *La Rocca v Lane,* 37 NY2d 575). Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.